1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **JAMES MCBRIDE**                    )    Case No.  12- CV-948 CMK
   **xxx-xx-xxx**                       )
12                                      )
                                        )
13                                      )
                                        )    **STIPULATION AND** ~~PROPOSED~~
14                                      )    **ORDER EXTENDING PLAINTIFF'S**
            **Plaintiff,**              )    **TIME TO FILE SUMMARY**
15                                      )    **JUDGEMENT MOTION**
   v.                                   )
16                                      )
   **MICHAEL J. ASTRUE**                )
17 **Commissioner of Social Security**  )
   **of the United States of America,** )
18                                      )
            **Defendant.**              )
19                                      )
   _____     )
20

21      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment is hereby extended from October 2, 2012, to November

23 2, 2012.    Counsel's schedule is impacted and she needs to extend the due date for his summary

24 judgment motion.    This is Plaintiff's first requested extension on this case.

25 / / / /

26 / / / /

27 / / / /

28

                                           1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: October 2, 2012 | */s/Bess M. Brewer* |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: October 2, 2012 | Benjamin B. Wagner |
| 9 | | United States Attorney |
| 10 | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 11 | | |
| 12 | | /s/ *Lynn M. Harada*<br>LYNN M. HARADA |
| 13 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 4, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE