1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MCBRIDE**<br>xxx-xx-xxx | Case No. 12- CV-948 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from November 2, 2012, to November 12, 2012.  Counsel's schedule is impacted and she needs an additional extension within which to complete Mr. McBride's summary judgment motion.   This is Plaintiff's second requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: November 2, 2012 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 2, 2012 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Lynn M. Harada*<br>LYNN M. HARADA |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 5, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2