```
1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| JAMES MCBRIDE, | ) | CIVIL NO.: 2:12-cv-00948-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 22, 2013, to February 21, 2013.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2  Counsel apologizes to the Court for any inconvenience caused by this delay.

                                  Respectfully submitted,

Dated: January 19, 2013        /s/ *Bess M. Brewer*
                                  (As authorized via e-mail on 1/18/13)
                                  BESS M. BREWER
                                  Attorney for Plaintiff

Dated: January 19, 2013        BENJAMIN B. WAGNER
                                  United States Attorney
                                  GRACE M. KIM
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                      By:    /s/ *Lynn M. Harada*
                                  LYNN M. HARADA
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:  January 23, 2013

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE