1  BENJAMIN B. WAGNER
United States Attorney
2  GRACE M. KIM
Regional Chief Counsel, Region IX
3  Social Security Administration
LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                   UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12
                        **SACRAMENTO DIVISION**
13

14  JAMES MCBRIDE,                  )    CIVIL NO.: 2:12-cv-00948-CMK
                                    )
15        Plaintiff,                )    STIPULATION AND ORDER FOR AN
                                    )    EXTENSION OF TIME
16                                  )
             v.                     )
17                                  )
18  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
19  Social Security,                )
                                    )
20        Defendant.                )
                                    )
21  _____ )

22

23        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

25  January 22, 2013, to February 21, 2013.  This is Defendant's first request for an extension of time to

26  respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare

27  a response in this matter due to a heavy workload, despite due diligence.

28

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2    Counsel apologizes to the Court for any inconvenience caused by this delay.

3

4
                                    Respectfully submitted,
5

6    Dated: January 19, 2013        /s/ *Bess M. Brewer*
                                    (As authorized via e-mail on 1/18/13)
7                                   BESS M. BREWER
                                    Attorney for Plaintiff
8

9
10   Dated: January 19, 2013        BENJAMIN B. WAGNER
                                    United States Attorney
                                    GRACE M. KIM
11                                  Regional Chief Counsel, Region IX
                                    Social Security Administration
12

13                          By:     */s/ Lynn M. Harada*
                                    LYNN M. HARADA
14                                  Special Assistant United States Attorney

15                                  Attorneys for Defendant
16

17
                                    ORDER
18

19

20   APPROVED AND SO ORDERED:

21

22    DATED:  January 23, 2013

23
                                    _____
24                                  **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Stip. & Prop. Order to Extend: 2:12-cv-00948-CMK          2